UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JASON ALLEN SMITH,<br><br>           Defendant. | Case No. 2:13-CR-00134 TLN<br><br><br><u>RELATED CASE ORDER</u> |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>DAVID JOHN MAGANA,<br><br>           Defendant. | Case No. 2:13-CR-00007 JAM |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MARTIN STEWART CULLENWARD,<br><br>           Defendant. | Case No. 2:13-CR-00060 JAM |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort

and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated 2:13-CR-00134 TLN be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:13-CR-00134 JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 17, 2013.

/s/ John A. Mendez_____ \_\_\_\_\_
UNITED STATES DISTRICT COURT JUDGE