DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DAVID JOHN MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-0007 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| vs. | |
| DAVID JOHN MAGANA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, David John Magana, through his attorney, David W. Dratman, that the Judgment and Sentencing presently scheduled for October 1, 2013 shall be continued to December 17, 2013 at 9:45 a.m. in accordance with the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | December 17, 2013 |
| Reply or Statement of Non-Opposition: | December 10, 2013 |
| Motion For Correction Of The Presentence Report Filed With The Court And Served On The Probation Officer And Opposing Counsel No Later Than: | December 3, 2013 |
| The Presentence Report Filed With The Court And Disclosed To Counsel No Later Than: | November 26, 2013 |
| Counsel's Written Objections To The Presentence Report Delivered To The Probation Officer And Opposing Counsel No Later Than: | November 19, 2013 |
| The Proposed Presentence Report disclosed to counsel: | October 22, 2013 |

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

| | | |
|---|---|---|
| 1 | Dated:  September 26, 2013 | DAVID W. DRATMAN |
| 2 | | /s/ David W. Dratman |
| | | DAVID W. DRATMAN |
| 3 | | Attorney for Defendant |
| | | DAVID JOHN MAGANA |
| 4 | | |
| 5 | Dated: September 26, 2013 | BENJAMIN B. WAGNER |
| | | UNITED STATES ATTORNEY |
| 6 | | /s/ Michael M. Beckwith* |
| | | MICHAEL M. BECKWITH |
| 7 | | Assistant U.S. Attorney |
| | | *Signed with permission |

ORDER

It is so ordered.

Dated: 9/26/2013         /s/ John A. Mendez
                         JOHN A. MENDEZ
                         United States District Court Judge