MATTHEW G. JACOBS (SBN 122066)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Non-Party Raley's

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOHN MAGANA, MARTIN STEWART CULLENWARD, JASON ALLEN SMITH,<br><br>Defendants. | CASE NO. 2:13-cr-000007-JAM<br>CASE NO. 2:13-cr-00060-JAM<br>CASE NO. 2:13-cr-00134-JAM<br><br>**ORDER RE ABSTRACTS OF JUDGMENT**<br><br>Date: May 20, 2014<br>Time: 9:45 a.m.<br>Ctrm: 6, 14th floor<br>Judge: Hon. John A. Mendez |
|---|---|

Upon further consideration of non-party Raley's Motion for Issuance of Abstracts of Judgment, IT IS HEREBY ORDERED THAT to the extent Raley's obtains any funds by way of the abstracts of judgment issued by the Court, it shall deposit those funds with this Court so that the Court, through the Probation Office, can apportion the funds pursuant to the judgments in this case (these cases).

IT IS SO ORDERED.

Dated: May 22, 2014              /s/ JOHN A. MENDEZ
                                 JOHN A. MENDEZ
                                 UNITED STATES DISTRICT JUDGE