BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
MAY 0 9 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN STEWART CULLENWARD, JASON ALLEN SMITH, DAVID JOHN MAGANA<br><br>　　　　　　　Defendants. | CASE NO. 2:13-CR-134 JAM<br>CASE NO. 2:13-CR-060 JAM<br>CASE NO. 2:13-CR-007 JAM<br><br>JOINT STIPULATION AND ORDER TO AMEND JUDGMENTS |

## STIPULATION

The parties stipulate and agree that the judgments in the above captioned cases should be amended to reflect the following information regarding the victims and the joint and several nature of the restitution amounts owed by each defendant. This joint stipulation and order shall supersede the joint stipulation and order filed with the Court on March 21, 2014.

1. <u>Cullenward</u> (2:13-cr-160 JAM): a total of $1,483,620.14 in restitution to be paid to Raley's.

    a. $474,581.90 of that amount to be paid jointly and severally with Smith.

    b. $1,009,038.24 of that amount to be paid jointly and severally with Magana.

2. <u>Smith</u> (2:13-cr-134 JAM): a total of $1,679,910.61 in restitution to be paid to Raley's.

    a. $474,581.90 of that amount to be paid jointly and severally with Cullenward.

    b. $1,205,328.71 of that amount to be paid jointly and severally with Magana.

3. <u>Magana</u> (2:13-cr-007 JAM): a total of $2,990,371.50 in restitution to be paid to Raley's.

    a. $1,009,038.24 of that amount to be paid jointly and severally with Cullenward.

    b. $1,205,328.71 of that amount to be paid jointly and severally with Smith.

As to Mr. Cullenward, the above information should replace the Victim and the Joint and Several sections of his judgment, which are on pages 5, 6 and 7. As to Mr. Smith, the above information should replace the Victim and the Joint and Several sections of his judgment, which are on pages 5 and 6. As to Mr. Magana, the above information should replace the Victim and the Joint and Several sections of his judgment, which are on pages 5, 6 and 7.

The parties agree that the total amount of restitution owed by each defendant is correctly stated on their current judgments.

Dated: 5/5/2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael M. Beckwith*
MICHAEL M. BECKWITH
Assistant United States Attorney

Dated: 5/5/2016

*/s/ Thomas A. Johnson*
THOMAS A. JOHNSON
Attorney for Defendant Cullenward

Dated: 5/5/2016

*/s/ Johnny L. Griffin, III*
JOHNNY L. GRIFFIN, III
Attorney for Defendant Smith

Dated: 5/5/2016

*/s/ David W. Dratman*
DAVID W. DRATMAN
Attorney for Defendant Magana

ORDER

Upon application of the parties, IT IS ORDERED that the judgments in case numbers 2:13-cr-060 JAM, 2:13-cr-134 JAM and 2:13-cr-007 JAM be amended to reflect the following information regarding the victims and the joint and several nature of the restitution amounts owed by each defendant.

1. <u>Cullenward</u> (2:13-cr-160 JAM): a total of $1,483,620.14 in restitution to be paid to Raley's.
    a. $474,581.90 of that amount to be paid jointly and severally with Smith.
    b. $1,009,038.24 of that amount to be paid jointly and severally with Magana.
2. <u>Smith</u> (2:13-cr-134 JAM): a total of $1,679,910.61 in restitution to be paid to Raley's.
    a. $474,581.90 of that amount to be paid jointly and severally with Cullenward.
    b. $1,205,328.71 of that amount to be paid jointly and severally with Magana.
3. <u>Magana</u> (2:13-cr-007 JAM): a total of $2,990,371.50 in restitution to be paid to Raley's.
    a. $1,009,038.24 of that amount to be paid jointly and severally with Cullenward.
    b. $1,205,328.71 of that amount to be paid jointly and severally with Smith.

As to Mr. Cullenward, the above information should replace the Victim and the Joint and Several sections of his judgment, which are on pages 5, 6 and 7. As to Mr. Smith, the above information should replace the Victim and the Joint and Several sections of his judgment, which are on pages 5 and 6. As to Mr. Magana, the above information should replace the Victim and the Joint and Several sections of his judgment, which are on pages 5, 6 and 7.

DATED: May 9, 2016

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE